**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FRANDI TORRES-ACUNA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**ROBERT CERNA, Field Office Director of Enforcement and Removal Operations, Dallas Field Office, Immigration and Customs Enforcement, et al.,**<br><br>**Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. CIV-26-1695-G** |

**ORDER**

Petitioner Frandi Torres-Acuna filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). On October 9, 2026, certain Respondents filed a Notice (Doc. No. 14) stating that Petitioner had been granted a hearing before an Immigration Judge, that the Immigration Judge had "entered an Order granting" relief, and that Petitioner was scheduled to be released from detention. *Id.* at 1.

Petitioner has now notified the Court that he has been released on bond and is not opposed to dismissal of the Petition without prejudice. *See* Pet'r's Notice (Doc. No. 16).

Petitioner's release from ICE custody renders Petitioner's habeas claims moot, as his "challenge to his detention no longer presents a case or controversy subject to this Court's jurisdiction." *Mounivong v. Bondi*, No. CIV-25-1483-PRW, 2025 WL 3907008, at *2 (W.D. Okla. Dec. 22, 2025) (R. & R.), *adopted*, 2026 WL 69364 (W.D. Okla. Jan. 8, 2026).

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 19th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge